UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONNA DIPAOLO,

                      Plaintiff,                    **ORDER**

             -against-                  **25-CV-9052 (AT) (JW)**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, all deadlines in this matter are stayed and time is tolled. The Parties are to file a joint letter with new proposed deadlines after the stay is lifted. The letter should be filed within two weeks after the stay is lifted.

      SO ORDERED.

DATED:    New York, New York
              November 5, 2025

                                              _____
                                              JENNIFER E. WILLIS
                                           United States Magistrate Judge