# **D** The DeHaan Law Firm P.C.

JOHN W. DeHAAN, ESQ.
WWW.DEHAAN-LAW.COM

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

> The request is GRANTED and the briefing schedule is ADOPTED. However, this is likely to be the final extension.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> April 13, 2026

April 1[...]

**Via ECF**
Hon. Jennifer E. Willis, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     **Dipaolo v. Bisignano, Comm'r of Soc. Sec.**
        **Docket No.: 1:25-CV-09052-AT-JW**

Dear Magistrate Judge Willis:

I represent the plaintiff, Donna Dipaolo, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Padma Ghatage from the Office of General Counsel represents the Commissioner.

In accordance with Your Honor's Individual Practice Rules, I write to request an extension of the briefing schedule in this case which, if granted, would result in the following changes:

|                               | Current Deadline | *New Deadline*    |
| ----------------------------- | ---------------- | ----------------- |
| Plaintiff to Serve Motion     | April 15, 2026   | *July 20, 2206*   |
| Defendant to Server Response  | June 15, 2026    | *October 19, 2026*|
| Plaintiff to Serve Reply      | June 29, 2026    | *November 2, 2026*|

I make this request because my schedule has been unusually hectic with multiple conflicting and overlapping deadlines on this and many other cases, including a settlement conference I have scheduled for next week in an ERISA case I have in the Eastern District. This is largely a result of the backup caused by the government shutdown last fall, which pushed back deadlines on many of my cases and causing scheduling conflicts with more recently filed cases. As a result, I cannot complete my moving papers by the current deadline.

I am asking for a much longer extension than I would normally seek because I am attempting to also avoid conflicts with other deadlines I already have in May and June.

There was a prior request for an adjournment of these deadlines by the Commissioner, which I consented to, and which Your Honor granted.

**THE DEHAAN LAW FIRM P.C.**                                              Page 2 of  2

Hon. Jennifer E. Willis, U.S. Magistrate Judge
*Re:*    *Dipaolo v. Bisignano, Comm'r of Soc. Sec.*
         *Docket No.: 1:25-CV-09052-AT-JW*
April 10, 2026

       I have consulted with Ms. Ghatage, and she consents to this request.

       Additionally, I respectfully ask that Your Honor <u>not</u> seal the decision on this purely administrative ruling because it no personal or sensitive information is contained herein.

       Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**

By:    /s/ *John W. DeHaan*

John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc:    Pagma Ghatage, OGC (Via ECF)